## Commonwealth ex rel. Buonavolta, Appellant, *v.* Buonavolta.

726

Submitted December 13, 1965. *Donald W. Lehrkinder,* and *Lehrkinder & Gillingham,* for appellant; *David E. Auerbach,* and *Auerbach and Ramsey,* for appellee.

Order affirmed.